IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LISANDRO VALENCIA VALERIO, | § § § § § § § § § § | |
| Petitioner, | | |
| v. | | 1:26-CV-1881-RP |
| TODD BLANCHE, *in his official capacity as Attorney General of the United States*, et al., | | |
| Respondents. | | |

## ORDER

Before the Court is Petitioner Lisandro Valencia Valerio's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1). Petitioner asks the Court to order the Respondents, who are the Warden of T. Don Hutto Detention Center and federal government officials from the Department of Homeland Security and Immigration and Customs Enforcement, to release him from custody. (*Id.*). Petitioner was removed from the United States on July 10, 2026, rendering moot the relief sought in his habeas petition. (Dkt. 5). *See, e.g.*, *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007) (holding that a petitioner's claims were moot where "successful resolution of [his] pending claims could no longer provide the requested relief" after he was deported); *Kurtishi v. Cicchi*, 270 F. App'x 197, 199–200 (3d Cir. 2008) (per curiam) ("In view of [the petitioner's] deportation, there are no remaining collateral consequences that may be redressed by success on [his] challenge under § 2241 to his 'continued restraint by DHS–ICE.'").

As such, **IT IS ORDERED** that Petitioner's Petition is **MOOT**.

1

The Clerk of the Court is directed to **CLOSE** this action.

**SIGNED** on August 13, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE